```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MATTEL, INC.,                       :
                                    :
                 Plaintiff,         :
                                    :        21 Civ. 2333(VM)
       -against-                    :        ORDER
                                    :
THE ENTITIES DOING BUSINESS AS      :
UNICORN ELEMENT AT THE URL          :
UNICORNELEMENT.NET, et al.,         :
                                    :
                 Defendants.        :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Having been informed by Plaintiff that this matter no longer needs to remain under seal, the Court respectfully requests that the Clerk unseal this matter in its entirety and place all filed documents on to the public docket.

**SO ORDERED:**

Dated:  New York, New York
        2 April 2021

_____
            Victor Marrero
            U.S.D.J.