UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              :
MATTEL, INC.,
                                                              :
                    Plaintiff,
                                                              :
     -against-                                                     21 Civ.
                                                              :
THE ENTITIES DOING BUSINESS AS
UNICORN ELEMENT AT THE URL                                    :
UNICORNELEMENT.NET, THE
ENTITIES DOING BUSINESS AS THE                                :
PAYPAL MERCHANT, THE
ENTITIES DOING BUSINESS USING                                 :
THE EMAIL ADDRESS
CHRIS_WONG601@YAHOO.COM,                                      :
THE ENTITIES DOING BUSINESS
ON AMAZON.COM UNDER THE                                       :
BRAND NAME ZITA ELEMENT,
UNDER THE STORE NAME ZITA                                     :
ELEMENT, AND/OR UNDER
THE BUSINESS NAME YANG                                        :
LIUHUI, THE ENTITIES DOING
BUSINESS ON AMAZON.COM                                        :
UNDER THE BRAND NAME ECORE
FUN, UNDER THE STORE NAME                                     :
EC2TOY, AND/OR UNDER THE
BUSINESS NAME HUANG QIONG,                                    :
EMMS TRADING GMBH, ZHIJIAN LI,
YANG LIUHUI, HUANG QIONG,                                     :
JOHN DOE NOS. 1-5, AND ABC
ENTITY NOS. 1-5,                                              :

                    Defendants.                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER TEMPORARILY SEALING DOCKET

On this day, the Court considered Plaintiff's application to temporarily seal the docket in this action and it is hereby ORDERED that the Clerk of the Court shall maintain the documents in this action under seal for 14 days, subject to further order of the Court.

It is further ORDERED that the Clerk of the Court shall have the authority to provide Plaintiff with certified copies of any orders entered in this action while under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form. The Clerk of Court is directed to restrict access to this order to the selected party viewing level. The Clerk of Court is directed to close this Miscellaneous matter.

Signed this 16th day of March 2021.

      /s/ Laura Taylor Swain
      U.S.D.J.

2