USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
MATTEL, INC.,

               Plaintiff,

   -against-

THE ENTITIES DOING BUSINESS AS
UNICORN ELEMENT AT THE URL
UNICORNELEMENT.NET, et al.,

              Defendants.
------------------------------------X

**21 Civ. 2333(VM)**
**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    Having reviewed the parties' submissions regarding Defendants' opposition to the Plaintiff's motion for attachment, (see Dkt No. 20; Attached Letter), it is hereby

    **ORDERED** that the parties shall confer and submit to the Court a proposed schedule for Defendants' Opposition, including any subsequent briefs that are anticipated and a hearing on the order to show cause, by April 21, 2021, and it is further

    **ORDERED** that the Temporary Restraining Order, (see Dkt. No. 15), shall remain in effect until Plaintiff's motion for attachment is resolved.

**SO ORDERED:**

Dated:    New York, New York
           15 April 2021

                                            _____
                                            Victor Marrero
                                                U.S.D.J.