```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MATTEL, INC.,                      :
                                   :
                 Plaintiff,        :
                                   :          21 Civ. 2333(VM)
         -against-                 :          ORDER
                                   :
THE ENTITIES DOING BUSINESS AS     :
UNICORN ELEMENT AT THE URL         :
UNICORNELEMENT.NET, et al.,        :
                                   :
                 Defendants.       :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

At the Court's direction, the parties in this matter have submitted a proposed briefing schedule with respect to Plaintiff's motion for an order of attachment and Defendants' contemplated motion to dismiss. As to the motion for an order of attachment, the Court enters the parties schedule: Defendants' opposition is hereby due on April 28, 2021 and Plaintiff's reply is due May 12, 2021. The Court will hold a hearing on the motion on May 28, 2021 at 2:00 PM.

As to Defendants' contemplated motion to dismiss, the Court will not yet set a briefing schedule. Instead, the parties are directed follow the Court's Individual Practices for such motions, specifically Section II, B.

**SO ORDERED:**

Dated:   New York, New York
         22 April 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2021