USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
MATTEL, INC.,  :
                Plaintiff,  :
                                  **21 Civ. 2333(VM)**
   -against-  :    ORDER

THE ENTITIES DOING BUSINESS AS  :
UNICORN ELEMENT AT THE URL  :
UNICORNELEMENT.NET, et al.,  :

                Defendants.  :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference scheduled for Friday, May 28, 2021 at 2:00 P.M. in this matter shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
            26 May 2021

_____
Victor Marrero
   U.S.D.J.