UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| MATTEL, INC., : | |
| Plaintiff, : | |
| -against- : | 21 Civ. 2333 (VM) |
| THE ENTITIES DOING BUSINESS AS : UNICORN ELEMENT AT THE URL UNICORNELEMENT.NET, THE : ENTITIES DOING BUSINESS AS THE PAYPAL MERCHANT, THE : ENTITIES DOING BUSINESS USING THE EMAIL ADDRESS : CHRIS_WONG601@YAHOO.COM, THE ENTITIES DOING BUSINESS : ON AMAZON.COM UNDER THE BRAND NAME ZITA ELEMENT, : UNDER THE STORE NAME ZITA ELEMENT, AND/OR UNDER : THE BUSINESS NAME YANG LIUHUI, THE ENTITIES DOING : BUSINESS ON AMAZON.COM UNDER THE BRAND NAME ECORE : FUN, UNDER THE STORE NAME EC2TOY, AND/OR UNDER THE : BUSINESS NAME HUANG QIONG, EMMS TRADING GMBH, ZHIJIAN LI, : YANG LIUHUI, HUANG QIONG, JOHN DOE NOS. 1-5, AND ABC : ENTITY NOS. 1-5, : Defendants. : | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/5/2021 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**JUDGMENT AND PERMANENT INJUNCTION BY CONSENT**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned parties, subject to the approval of the Court, and without admitting or denying any liability:

1.   Defendants (i) the entities doing business as Unicorn Element at the URL www.unicornelement.net, (ii) the entities doing business as the PayPal, Inc. merchant 黄琼, (iii) the entities doing business using the email address Chris_Wong601@yahoo.com, (iv) the entities doing business on amazon.com under the brand name Zita Element, under the store name Zita Element, and/or under the business name Yang Liuhui, (v) the entities doing business on amazon.com under the brand name Ecore Fun, under the store name EC2Toy, and/or under the business name Huang Qiong, (vi) Yang Liuhui, (ix) Huang Qiong, ("Defendants"), their agents, servants, employees and attorneys, and those persons in active concert with any of them who receive actual knowledge of this order by personal service or otherwise, be, and hereby are, enjoined from:

    a.   Infringing, diluting or counterfeiting the BARBIE® mark of Mattel, Inc., that was registered on the Principal Register of the U.S. Patent & Trademark Office as U.S. Trademark Registration No. 3,287,023, for "full line of dolls, doll clothing and doll accessories," in violation of 15 U.S.C. §§ 1114, 1116(d), or 1125;

    b.   Infringing the copyright of Mattel in the BARBIE® Illustration, that was registered with the U.S. Copyright Office as U.S. Copyright Registration No. VA 1-843-492, in violation of 17 U.S.C. §§ 106 or 501;

    c.   Infringing the CEO BARBIE® Doll Sculpture of Mattel, that was registered with the U.S. Copyright Office as U.S. Copyright Registration No. VA 945-179, in violation of 17 U.S.C. §§ 106 or 501;

2.	The order entered in this action on March 17, 2021, that restrained the transfer, withdrawing, or accepting of any funds from any account of defendants at PayPal and Amazon be and hereby is, vacated.

3.	The Clerk of the Court shall return the $5,000 cash posted as security for the March 17, 2021, order to Dunnegan & Scileppi LLC as attorneys for Mattel, Inc.

4.	The claims in this action shall be, and hereby are, dismissed without prejudice and without costs, except the Court shall retain jurisdiction to enforce this judgment and permanent injunction.

Dated:  New York, New York
         July 27, 2021

DUNNEGAN & SCILEPPI LLC

By *William Dunnegan*
   William Dunnegan (WD0316)
   wd@dunnegan.com
Attorneys for Plaintiffs
437 Madison Avenue, 24th Floor
New York, New York 10022
(212) 332-8300

GLACIER LAW PLLC

By _____
   Robin Cheng
   Robin.Cheng@glacier.law
200 Park Avenue, Suite 1703
New York, New York 10166
(332) 208-8882

**SO ORDERED.**
August 5, 2021. New York, New York

_____
Victor Marrero
U.S.D.J.

3